THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN LEROY BRABHAM and JULIE ARLENE BRABHAM<br><br>Plaintiffs,<br><br>v.<br><br>GRAND DESIGN RV, LLC and LAZYDAYS RV OF OREGON, LLC<br><br>Defendants. | No. 3:23-cv-05909-DGE<br><br>SECOND STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT |

**MOTION**

The undersigned parties and attorneys hereby Stipulate and Agree that the time for filing an answer in the above matter by defendants Grand Design RV, LLC and Lazydays RV of Oregon, LLC is hereby extended to January 12, 2024. The parties previously agreed to the following: (i) a minimal extension for filing of Answers to accommodate appearances and initial review; and, (ii) an extension of fourteen (14) days to continue pursuing the possibility of resolution, which was approved by the Court on November 13, 2023 (see Dkt.# 16). All Defendants have appeared and filed disclosures pursuant to Rule 7.1. The parties also

SECOND STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT (3:23-cv-05909-DGE) - 1

Winkelman Law Firm Inc.
201 8th St
Hoquiam, WA 98550
TEL 3605293660
FAX 3605293640
www.winkelmanlawfirm.com

previously attempted to enter a subsequent stipulation for a further extension of the deadline to file Answer, but due to inadvertent oversight the Court did not receive a copy of the stipulation for approval. The parties therefore submit this Stipulated Motion Extending Deadline to Answer Complaint, with the proposed deadline of January 12, 2024.

The parties continue to engage in discussions for early suit resolution and have made further progress towards that end. Accordingly, the parties agree that (i) a further extension to file Answers is appropriate to allow the parties to continue to pursue possible resolution and negotiate details of a possible agreement that would resolve the action herein; and, (ii) said parties agree that the requested nominal extension to January 12, 2024 for all defendants to Answer Plaintiffs' Complaint is necessary and appropriate.

DATED this 18th day of December, 2023.

| | |
|---|---|
| **WINKELMAN LAW FIRM, INC.**<br>*Attorneys for Plaintiffs* | **MERRICK, HOFSTEDT & LINDSEY, P.S.**<br>*Attorneys for Defendant Grand Design RV, LLC* |
| *s/ Ryan M. Pesicka*<br>Ryan M. Pesicka, WSBA #48182 | *s/ Tamara K. Nelson*<br>Tamara K. Nelson, WSBA #27679<br>Peter Steilberg, WSBA #22190 |

SECOND STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO ANSWER
COMPLAINT (3:23-cv-05909-DGE) - 2

Winkelman Law Firm Inc.
201 8th St
Hoquiam, WA 98550
TEL 3605293660
FAX 3605293640
www.winkelmanlawfirm.com

## ORDER

This matter having come before the Court based on the stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby; ORDERED that the time for filing an Answer by Grand Design RV, LLC and Lazydays RV of Oregon, LLC is hereby extended to January 12, 2024.

DATED this 2nd day of January 2024.



_____
David G. Estudillo
United States District Judge

APPROVED FOR ENTRY:

**WINKELMAN LAW FIRM, INC.**  *MERRICK, HOFSTEDT & LINDSEY, P.S.*
*Attorneys for Plaintiffs*  *Attorneys for Defendant Grand Design RV, LLC*

*s/ Ryan M. Pesicka*  *s/ Tamara K. Nelson*
Ryan M. Pesicka, WSBA #48182  Tamara K. Nelson, WSBA #27679
Peter Steilberg, WSBA #22190

SECOND STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO ANSWER
COMPLAINT (3:23-cv-05909-DGE) - 3

Winkelman Law Firm Inc.
201 8th St
Hoquiam, WA 98550
TEL 3605293660
FAX 3605293640
www.winkelmanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tamara K. Nelson, WSBA #27679
Merrick, Hofstedt & Lindsey, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
Email: tnelson@mhlseattle.com

Robert Ross Gillanders, WSBA #18522
Colvos Law, PLLC
4124 Burnham Dr.
Gig Harbor, WA 98332
Email: rob@colvos.net

Peter Steilberg, WSBA #22190
Merrick, Hofstedt & Lindsey, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
Email: PSteilberg@mhlseattle.com

DATED this 11th day of December, 2023, at Hoquiam, Washington.

**WINKELMAN LAW FIRM, INC.**
*Attorneys for Plaintiffs*

 *s/ Ryan M. Pesicka*
Ryan M. Pesicka, WSBA #48182

SECOND STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT (3:23-cv-05909-DGE) - 4

Winkelman Law Firm Inc.
201 8th St
Hoquiam, WA 98550
TEL 3605293660
FAX 3605293640
www.winkelmanlawfirm.com